**DISMISS and Opinion Filed October 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00976-CV

### ACE CASH EXPRESS, INC., Appellant
### V.
### SENTHILKUMAR RAMANATH AND EZCORP ONLINE, INC., Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01709-2014**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Evans
Opinion by Justice Bridges

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant has informed the Court that it no longer wishes to pursue this appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140976F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

ACE CASH EXPRESS, INC., Appellant

No. 05-14-00976-CV      V.

SENTHILKUMAR RAMANATH AND
EZCORP ONLINE, INC., Appellees

On Appeal from the 219th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 219-01709-2014.
Opinion delivered by Justice Bridges.
Justices Lang and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.


Judgment entered October 22, 2014.